### L. HAMMEL COMPANY v. MORRIS O'BRIEN and Others.[1]

December 29, 1905.

Nos. 14,587—(146).

Appeal by defendant Samuel C. Jackson Company from an order of the district court for St. Louis county, Dibell, J., denying a motion for a new trial, after a trial and findings in favor of plaintiff for $825 and interest. Affirmed.

*W. W. Bardwell*, for appellant.

*Bert Fesler*, for respondent.

PER CURIAM.

The evidence is examined in this case, and held not so clearly and palpably against the findings of the trial court as to justify the reversal of an order denying a new trial.

Order affirmed.